# EXHIBIT 2

| Product Name[1] | Arsenic (total, ppb) | Arsenic (inorganic, ppb) | Lead (ppb) | Cadmium (ppb) | Mercury (ppb) | Perchlorate (ppb) |
|---|---|---|---|---|---|---|
| Oats & Quinoa Baby Cereal Organic Whole Grains with Iron - Sitting baby | 10.2 | --[2] | 0.9 | 12.4 | < 0.14 | 2.4 |
| Oatmeal Baby Cereal, Clearly Crafted - Organic Whole Grains - for sitting baby | 6.3 | -- | < 0.5 | 10 | < 0.14 | 1.6 |
| Organic Infant Formula with Iron, Milk Based Powder - 0-12 months | < 4.5 | -- | 3.7 | < 1.1 | < 0.286 | -- |
| Organics Sweet Potatoes - Stage 1 | 5.8 | -- | 1.5 | 1 | < 0.142 | -- |
| Organics Sweet Potatoes - Stage 1 | 6 | -- | 2.2 | 0.8 | < 0.14 | -- |
| Sweet Potatoes - Stage 1 | 27.5 | 29 | 2 | 1.6 | < 0.141 | -- |
| Organic Pears - Stage 1 | 7.4 | -- | 1 | 0.8 | < 0.138 | -- |
| Clearly Crafted Prunes Organic Baby Food, 1, 4+ months | < 2.1 | -- | 2 | < 0.5 | < 0.136 | -- |
| Simple Combos Apples, Spinach & Kale - 2 | 3 | -- | 4.3 | 4.9 | 0.182 | 3.7 |
| Apples, Sweet Potatoes & Granola Clearly Crafted Organic Baby Food – 2 | 3.6 | -- | 5.2 | 1.5 | < 0.142 | -- |
| Superfood Puffs - Apple & Broccoli Organic Grain Snack - for crawling baby | 266 | 83 | 8.2 | 11 | 2.16 | < 3.2 |
| Superfood Puffs Organic Grain Snack - Sweet Potato & Carrot | 295 | 91 | 3.7 | 12.2 | 1.94 | -- |
| Organic Rice Cakes Puffed Rice Snack – Apple | 455 | 47 | 1.7 | 5.4 | 3.18 | < 3.2 |
| Organic Teethers Blueberry & Purple Carrot - Sitting baby | 67 | -- | 6 | 8.2 | 2.26 | -- |

---

[1] HEALTHY BABIES BRIGHT FUTURES, *What's In My Baby's Food?*, https://www.healthybabyfood.org/sites/healthybabyfoods.org/files/2019-10/BabyFoodReport_FULLREPORT_ENGLISH_R5b.pdf (hereinafter, "Healthy Babies Bright Futures Report")

[2] "--"indicates that analysis was not performed by Healthy Babies Bright Futures.