IH-32                                                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

<u>Full Caption of Later Filed Case:</u>

LILLIAN HAMPTON, KELLY MCKEON,
AND JEN MACLEOD

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:21-cv-01882 |
| NURTURE, INC., d/b/a Happy Family Organics and Happy Baby Organics | |
| Defendant | |

<u>Full Caption of Earlier Filed Case:</u>

(including in bankruptcy appeals the relevant adversary proceeding)

Nicole Stewart, Shannon Fitzgerald, and
Summer Apicella, on behalf of themselves
and all others similarly situated

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:21-cv-01217 |
| Nurture, Inc. | |
| Defendant | |

IH-32                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary
                   dismissal, settlement, court decision.  Also, state whether there is an appeal
                   pending.)

☑ Open            (If so, set forth procedural status and summarize any court rulings.)

The Complaint was filed on 02/10/2021 and modified to correct a filing error on 02/11/2021. An electronic
Summons was issues on 02/12/2021. There have been no substantive rulings in this matter thus far.

Explain in detail the reasons for your position that the newly filed case is related to the
earlier filed case.

Both class actions challenge the deceptive business practices of Defendant, Nurture, Inc.
The complaints each allege that Nurture, Inc. sold baby food products that were tainted with
dangerous levels of toxic heavy metals and misrepresented and omitted the presence of
these toxic heavy metals.

Plaintiffs in each action seek injunctive and monetary relief on behalf of the proposed
classes including, but not limited to:
requiring a corrective advertising campaign and corrective labeling and restoring monies to
the members of the proposed Classes.

NOTE: Two other related cases, challenging the same conduct, have also been filed:
 1:21-cv-01271-MKV (Complaint Filed: 02/11/2021); and
 1:21-cv-01473-MKV (Complaint Filed: 02/18/2021).

Signature: ___Kevin Landau_____     Date: __03/04/2021_____

           Taus, Cebulash & Landau, LLP

Firm: _____