UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILIAN HAMPTON, KELLY MCKEON, And JEN MACLEOD, <br><br> PLAINTIFF, <br><br> V. <br><br> NURTURE, INC., d/b/a Happy Family Organics and Happy Baby Organics <br><br> DEFENDANTS. | Case No. 1:21-cv-01882-UA |

### AFFIDAVIT OF KARA A. ELGERSMA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Kara A. Elgersma, depose and state as follow:

1. I submit this Affidavit pursuant to Local Rule of Civil Procedure 1.3 in support of the motion to admit me *pro hac vice* to represent Plaintiffs in this matter.

2. I am a partner at Wexler Wallace LLP, located at 55 West Monroe Street, Suite 3300, Chicago, IL 60603. The office telephone number is (312) 346-2222. The office fax number is (312) 346-0022. My email address is kae@wexlerwallace.com.

3. I am a member in good standing of the Bar of the State of Illinois. I was admitted to practice on December 19, 2000. My Illinois Bar Registration number is 6273628.

4. I have not been convicted of a felony.

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

1

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have read and am familiar with the Federal Rules of Civil and Criminal procedure, the Local Rules of the United States District Court for the Southern District of New York.

8. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent the Plaintiffs and the Proposed Class in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/5/2021

Kara A. Elgersma
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
kae@wexlerwallace.com

Subscribed and sworn to before me this

5 day of March, 2021.

OFFICIAL SEAL
LOURDES RIVERA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/17/21

Lourdes Rivera
Notary Public

2