UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lilian Hampton, et al.,

                         Plaintiff,

-against-

Nurture, Inc., d/b/a Happy Family Organics and Happy Baby Organics    Defendant.

21 cv 01882 ( UA )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Kara A. Elgersma__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Illinois__; and that his/her contact information is as follows (please print):

    Applicant's Name: __Kara A. Elgersma__

    Firm Name: __Wexler Wallace LLP__

    Address: __55 West Monroe St., Suite 3300__

    City / State / Zip: __Chicago, IL 60603__

    Telephone / Fax: __(312) 346-2222 / (312) 346-0022__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiffs__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                    _____
                                                    United States District / Magistrate Judge