UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILLIAN HAMPTON, KELLY MCKEON, AND JEN MACLEOD<br><br>Plaintiffs,<br><br>v.<br><br>NURTURE, INC., d/b/a Happy Family Organics and Happy Baby Organics<br><br>Defendant. | Case No. 1:21-cv-01882-MKV<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Lillian Hampton, Kelly McKeon and Jen MacCleod in the above-captioned action.

I am in good standing of the bar of the State of Minnesota, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 12, 2021

*/s/Daniel E. Gustafson*
Daniel E. Gustafson
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com