UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILLIAN HAMPTON, KELLY MCKEON, AND JEN MACLEOD<br><br>Plaintiffs,<br><br>v.<br><br>NURTURE, INC., d/b/a Happy Family Organics and Happy Baby Organics<br><br>Defendant. | Case No. 1:21-cv-01882-MKV |

## AFFIDAVIT OF DANIEL E. GUSTAFSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Daniel E. Gustafson, depose and state as follows:

1. I submit this Affidavit pursuant to Local Rule of Civil Procedure 1.3 in support of the motion to admit me *pro hac vice* to represent plaintiffs in this matter.

2. I am a partner at Gustafson Gluek PLLC, located at 120 South Sixth Street, Suite 2600, Minneapolis, Minnesota 55402. The office telephone number is (612) 333-8844. The office fax number is (612) 339-6622. My email address is dgustafson@gustafsongluek.com.

3. I am a member in good standing of the Bar of the State of Minnesota. I was admitted to practice on October 27, 1989. My Minnesota Bar Registration number is 202241.

4. I have not been convicted of a felony.

5. I have no disciplinary complaints as to which a finding has been made that such complaint should proceed to hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have read and am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York.

8. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent the Plaintiffs and the Proposed Class in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2021

Daniel E. Gustafson
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com

Subscribed and sworn to before me this
12th day of March 2021.

Notary Public

SARAH A. MOEN
Notary Public
State of Minnesota
My Commission Expires
January 31, 2023

2