UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILLIAN HAMPTON, KELLY MCKEON, AND JEN MACLEOD<br><br>Plaintiffs,<br><br>v.<br><br>NURTURE, INC., d/b/a Happy Family Organics and Happy Baby Organics<br><br>Defendant. | Case No. 1:21-cv-01882-MKV<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The motion of Daniel E. Gustafson, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing in the bar of the State of Minnesota; and that his contact information is as follows:

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com

Applicant having requested admission Pro Hac Vice for all purposes as counsel for Plaintiffs Lillian Hampton, Kelly McKeon and Jen MacLeod in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____       _____
                               The Honorable Mary Kay Vyskocil
                               United States District Judge